LAW OFFICE OF LAWRENCE J. ZERNER
LAWRENCE J. ZERNER (State Bar No. 155473)
1801 Century Park E, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 773-3623
Email: Larry@Zernerlaw.com

Attorneys for Plaintiff Muscle Flex, Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSCLE FLEX, INC., a California corporation,<br><br>             Plaintiff,<br><br>   v.<br><br>LEGGINGS WORLD, a business entity, form unknown, and DOES 1-10, Inclusive,<br><br>             Defendant. | Case No. CV 14-09294<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, TRADEMARK DILUTION, UNFAIR AND DECEPTIVE BUSINESS PRACTICES,**<br><br>[JURY TRIAL DEMANDED] |

Plaintiff Muscle Flex, Inc. alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff Muscle Flex, Inc. ("Muscle Flex") is a California corporation with its principal place of business in Los Angeles, California.

2. Defendant Leggings World is a business entity, form unknown (hereafter "Leggings") with a place of business at 1015 S. Crocker St. #S-12, Los Angeles, CA 90021.

3. This is a civil action arising under the Lanham Act, Title 15, United States Code, §§ 1051 et seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and § 1338 (trademark and unfair competition).

4. Personal jurisdiction over the defendant is vested in the United States District Court for the Central District of California since defendant resides in and conducts its business in the district.

5. Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391(b).

## FACTUAL ALLEGATIONS

6. Muscle Flex owns and operates physical and online retail stores featuring leggings and other women's clothing, under the store name "World of Leggings."

7. Muscle Flex has operated under the World of Leggings name since 2011.

8. Muscle Flex owns United States Trademark Registration Number 4,188,135 for the mark "World of Leggings" for use in connection with "Retail Store and On-Line Retail Store Services Featuring Leggings, Shorts, Shirts, Lingerie and Workout Clothing." A true and correct copy of the trademark registration is attached hereto as Exhibit 1.

9. The World of Leggings Mark constitutes *prima facie* evidence of Muscle Flex's exclusive right to use the registered trademark in commerce and of the validity and ownership of the mark. Muscle Flex is entitled to constructive use rights, including nationwide priority rights, as of the filing dates of the application that matured into the World of Leggings Mark.

10. In addition to its statutory rights, Muscle Flex has obtained common law rights to the World of Leggings Mark by virtue of its continuous use of the mark in commerce in connection with the services described above.

11. Muscle Flex has used the World of Leggings Mark in interstate commerce to indicate the source of Muscle Flex's services since 2011.

12. Muscle Flex has expended tens of thousands of dollars advertising and marketing the World of Leggings Mark and establishing the World of Leggings Mark as an indicator of source, origin, and quality.

13. Defendant Leggings is engaged in the business of selling leggings and other women's clothing at a physical store and online over the internet.

14. Leggings advertises and promotes its services on the World Wide Web using the mark "Leggings World", and advertises and promotes through various web sites, including the one located at "https://www.lashowroom.com/leggingsworld."

15. Leggings has adopted and uses "Leggings World" as a service mark (the "Leggings World Mark") for a women's clothing store.

16. On information and belief, the World of Leggings Mark, and the business of Muscle Flex are known to defendants and were known to defendants at the time they adopted the Leggings World Mark, and at the time defendants opened their store under the Leggings World Mark

17. Leggings uses the Leggings World Mark for services that dilute the World of Leggings Mark.

18. The Leggings World Mark is confusingly similar in sound and appearance to the World of Leggings Mark.

19. Leggings uses the Leggings World Mark with services that are identical or highly related to the services used by Muscle Flex.

20. Leggings promotes and sells services under the Leggings World Mark to the same channels of trade used by Muscle Flex.

21. Leggings' first commercial use of the Leggings World Mark for its services is much later that Muscle Flex's first use of the World of Leggings Mark in connection with the same services.

22. Leggings uses the Leggings World Mark in a manner that is confusingly similar to the World of Leggings Mark, including but not limited to, use with identical or highly related services and in overlapping channels of trade.

23. Leggings use of the Leggings World Mark and Leggings' actions described herein are likely to cause confusion, deception and/or mistake in the

marketplace, the relevant industry, and all channels of trade for the Muscle Flex Services.

24. Leggings' use of the Leggings World Mark and Leggings' actions described herein cause dilution of the World of Leggings Mark.

25. Leggings' use of the Leggings World Mark and its actions described herein have been (and continue to be) deliberate, willful, and with disregard to the rights of Muscle Flex. This case is exceptional.

26. Muscle Flex has sustained and will continue to sustain irreparable injury as a result of Leggings' conduct, which injury is not compensable solely by an award of monetary damages.

**FIRST CAUSE OF ACTION**
**(Trademark Infringement – 15 U.S.C. § 1114(1))**

27. Muscle Flex incorporates herein by reference each and every allegation in the preceding paragraphs.

28. Leggings' acts as described herein are likely to cause confusion, deception, or mistake.

29. Leggings' acts constitute use in commerce of a reproduction, counterfeit, copy or colorable imitation of registered trademarks, in connection with the sale, offering for sale, distribution or advertising of products, on or in connection with which such use is likely to cause confusion or to cause mistake or to deceive, in violation of 15 U.S.C. § 1114(1).

30. As a direct and proximate result of defendant's acts, Muscle Flex has suffered and continues to suffer irreparable injury for which no adequate remedy exists at law.

**SECOND CAUSE OF ACTION**
**(Trademark Infringement, Unfair Competition, and False Designation of Origin – 15 U.S.C. § 1125(a))**

31. Muscle Flex incorporates herein by reference each and every allegation in

the preceding paragraphs.

32. Leggings' acts as alleged herein constitute, among other things, false designations of origin, false or misleading descriptions of fact, or false or misleading representations of fact which are likely to cause confusion or mistake, or to deceive the public as to the origin, sponsorship, or approval of the services of defendant, and otherwise constitute infringement and unfair competition in violation of 15 U.S.C. § 1125(a).

33. As a direct and proximate result of defendant's acts, Muscle Flex has suffered and continues to suffer irreparable injury for which no adequate remedy exists at law.

### THIRD CAUSE OF ACTION
### (Trademark Dilution – 15 U.S.C. § 1125(c))

34. Muscle Flex incorporates herein by reference each and every allegation in the preceding paragraphs.

35. The World of Leggings Mark is distinctive and famous. The World of Leggings Mark has been and continues to be extensively promoted and marketed nationwide. The World of Leggings Mark has gained strong national public recognition and is eligible for protection against dilution.

36. Leggings' false and unauthorized use of an imitation of the World of Leggings Mark in the advertising and promotion for its services dilutes the strength and value of the World of Leggings Mark.

37. Leggings' willful and deliberate use of the World of Leggings Mark in the advertising and promotion for its services, which are beyond the ambit of Muscle Flex's quality control, tarnishes the Muscle Flex Marks.

38. Without injunctive relief, Muscle Flex has no means by which to control the continuing injury to its reputation and goodwill or of the continuing dilution of its trademark. Muscle Flex has been and will continue to be irreparably harmed. No

amount of money damages can adequately compensate Muscle Flex if it loses the ability to control the use of its name, reputation, and goodwill through the false and unauthorized use of its trademark. Muscle Flex is entitled to injunctive relief prohibiting defendant from using the World of Leggings Mark in conjunction with its services.

## FOURTH CAUSE OF ACTION
### (Trademark Infringement – Cal. Bus. & Prof. Code § 14335 *et seq*.)

39. Muscle Flex incorporates herein by reference each and every allegation in the preceding paragraphs.

40. Leggings engaged in the acts as alleged herein to enhance the commercial value of its services.

41. Leggings' acts as alleged herein constitute, among other things, unauthorized use or infringement of Muscle Flex's trademark rights under California Business and Professions Code §§14335 *et seq*.

42. As a direct and proximate result of defendant's acts, Muscle Flex has suffered and continues to suffer irreparable injury for which no adequate remedy exists at law.

## FIFTH CLAIM FOR RELIEF
### (Trademark Dilution - Cal. Bus. & Prof. Code § 14330)

43. Muscle Flex incorporates herein by reference each and every allegation in the preceding paragraphs.

44. The World of Leggings Mark is distinctive and famous. The World of Leggings Mark has been and continue to be extensively promoted and marketed nationwide. The World of Leggings Mark has gained strong national public recognition and is eligible for protection against dilution.

45. Defendant's false and unauthorized use of the World of Leggings Mark in the advertising and promotion for its services dilutes the distinctive quality of the

World of Leggings Mark.

46. Leggings' willful and deliberate use of the World of Leggings Mark in the advertising and promotion for its services, which are beyond the ambit of Muscle Flex's quality control and inspection procedures, tarnishes the World of Leggings Mark and is likely to injure Muscle Flex's business reputation.

47. The above acts by Leggings constitutes trademark dilution under California Business & Professions Code § 14330, the analogous statutes of other states, and under California common law.

48. Without injunctive relief, Muscle Flex has no means by which to control the continuing injury to its reputation and goodwill or of the continuing dilution of its trademark. Muscle Flex has been and will continue to be irreparably harmed. No amount of money damages can adequately compensate Muscle Flex if it loses the ability to control the use of its name, reputation, and goodwill through the false and unauthorized use of its trademark. Muscle Flex is entitled to injunctive relief prohibiting Leggings from using the World of Leggings Mark in conjunction with its services.

**SIXTH CLAIM FOR RELIEF**
**(Unfair Unlawful and Deceptive Business Practices - Cal. Bus. & Prof. Code § 17200 *et seq.*)**

49. Muscle Flex incorporates herein by reference each and every allegation in the preceding paragraphs.

50. Leggings' business practices alleged above are unfair and offend public policy as they were unlawful, unfair, unscrupulous, and substantially injurious to Muscle Flex and consumers.

51. The above acts by defendant constitute unfair competition and unfair business practices in violation of the Section 17200 *et seq.* of the California Business & Professions Code, prohibiting unfair, unlawful and deceptive business acts.

52. Pursuant to California Business and Professions Code § 17203, Muscle

Flex is entitled to enjoin these practices.

53. Without injunctive relief, Muscle Flex has no means by which to control Leggings' deceptive and confusing use and advertising of the World of Leggings Mark. Muscle Flex is therefore entitled to injunctive relief prohibiting defendant from continuing such acts of unfair competition pursuant to Cal. Bus. & Prof. Code §17203.

### SEVENTH CLAIM FOR RELIEF
### (Unfair Competition - California Common Law)

54. Muscle Flex incorporates herein by reference each and every allegation in the preceding paragraphs.

55. The above acts by Leggings constitute unfair competition and unfair business practices under California common law.

56. As a direct and proximate result of Leggings acts, Muscle Flex has suffered and continues to suffer irreparable injury for which no adequate remedy exists at law.

57. Without injunctive relief, Muscle Flex have no means by which to control the continuing injury to its reputation and goodwill or of the continuing dilution and tarnishment of the World of Leggings Mark. Muscle Flex has been and will continue to be irreparably harmed. No amount of money damages can adequately compensate Muscle Flex if it loses the ability to control the use of the World of Leggings Mark, reputation, and goodwill through the false and unauthorized use of the World of Leggings Mark.

### PRAYER FOR RELIEF

WHEREFORE, in consideration of the foregoing, Muscle Flex respectfully requests that this Court enter an Order granting the following relief:

a) For damages in an amount to be proved at trial, but in no event less than

$1,000,000.

  b) For judgment that the World of Leggings Mark has been and continues to be infringed by Leggings;

  c) For judgment that the World of Leggings Mark has been and continues to be diluted by Leggings;

  d) Preliminarily and permanently enjoining Leggings and each of its agents, employees, servants, officers, directors, successors in interest, heirs, assigns and all persons, firms or corporations, acting by or under their authority, in active concert or privity or in participation with it from using the World of Leggings Mark or any confusingly similar marks in any way or any other any word, words, phrases, symbols, logos, etc. which would create a likelihood of confusion, mistake, or deception therewith, including without limitation the Leggings World Mark, in connection with or in the marketing, offering, selling, disposing of, licensing, leasing, transferring, displaying, advertising, reproducing, developing, or manufacturing of defendant's business, and services,;

  e) Preliminarily and permanently enjoining defendant to recall from all its offices and all others, whether persons, firms, or corporations, acting by or under their authority, in active concert or privity or in participation with it, any material containing the World of Leggings Mark in any way and any word, words, phrases, symbols, logos, etc. which would create a likelihood of confusion, mistake and/or deception therewith, including without limitation the Leggings World Mark, in connection with or in the marketing, offering, selling, disposing of, licensing, leasing, transferring, displaying, advertising, reproducing, developing, or manufacturing of defendant's business and services;

  f) Preliminarily and permanently enjoining defendant, its officers, agents, employees, and all persons acting in concert with them, from infringing the World of Leggings Mark and/or engaging in further such unlawful acts and from reaping any

additional commercial advantage from its misappropriation of the rights of Muscle Flex and all affiliated and related companies of Muscle Flex in the World of Leggings Mark;

g)  Requiring defendant Leggings to destroy, at its sole and exclusive cost, all materials in its possession or under its control that contain infringements of the World of Leggings Mark;

h)  Granting Muscle Flex such additional, other, or further relief as the Court deems proper and just.

DATED: December 2, 2014          LAW OFFICE OF LARRY ZERNER

By: _____/s/ Larry Zerner_____
Larry Zerner
Attorney for Plaintiff
Muscle Flex, Inc.

## JURY DEMAND

Plaintiffs demand trial by jury on all issues so triable.

DATED: December 2, 2014          LAW OFFICE OF LARRY ZERNER

By: _____/s/ Larry Zerner_____
Larry Zerner
Attorney for Plaintiff
Muscle Flex, Inc.



# WORLD OF LEGGINGS

| | |
|---|---|
| **Reg. No. 4,188,135** | MUSCLE FLEX, INC. (CALIFORNIA CORPORATION)<br>322 S. ROBERTSON BLVD. |
| **Registered Aug. 7, 2012** | LOS ANGELES, CA 90048 |
| **Int. Cl.: 35** | FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES FEATURING LEGGINGS, SHORTS, SHIRTS, LINGERIE AND WORKOUT CLOTHING, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 10-8-2011; IN COMMERCE 10-8-2011.<br><br>THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LEGGINGS", APART FROM THE MARK AS SHOWN.<br><br>SN 85-443,300, FILED 10-10-2011.<br><br>TOBY BULLOFF, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

Exhibit A